# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**VS.**                                            **CRIMINAL ACTION NUMBER: 3:23-CR-97-BJB**

**RANDALL DILLEY**                                             **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on August 29, 2023 to conduct an initial appearance.

APPEARANCES

| | |
|---|---|
| For the United States: | Joshua Ryan Porter, Assistant United States Attorney |
| For the defendant: | Defendant Randall Dilley - Present and in custody |
| Court Reporter: | Digitally recorded |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein and was advised of his rights. The Court questioned the defendant under oath and found him eligible for appointed counsel. Wayne M. Adams from the Criminal Justice Act attorney panel accepted the appointment.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that this case is scheduled for arraignment proceedings and a detention hearing on **August 31, 2023 at 1:30 p.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshal pending further order of the Court.

This 29th day of August, 2023      **ENTERED BY ORDER OF THE COURT:**
                                                         **REGINA S. EDWARDS**
                                                         **UNITED STATES MAGISTRATE JUDGE**
                                                         **JAMES J. VILT, JR., CLERK**
                                                         **BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
         U.S. Probation
         Counsel for Defendant

0|10